RELATE DDJ

1  Name: James B. Jordan
2  Address: 3314 ½ Stocker Street
3  Los Angeles, CA 90008
4  Phone: (303) 872-7600
5  Fax:
6  In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

James B. Jordan

Plaintiff

Beverly Hills Police Department
(All Defendants)

Defendant(s).

CASE NUMBER:
LACV23-06123-DOC(MAR)

To be supplied by the Clerk of
The United States District Court

Civil Rights Complaint

Beverly Hills Police (7/27/2003) Sgt Oimond, Sgt Kim, Sgt Rodney Solorzano violated plaintiffs constitutional rights (per incident of theft at Gucci Store, Beverly Hills, CA on Rodeo Drive) refused to allow plaintiff to file a Police report. Sgt Oimond kept repeating let LAPD (all defendants) investigate. Plaintiff informed Sgt Oimond that incident 7/22/2023, and 7/24/2023 happened 2 minutes (Beverly Hills Jurisdiction) from Beverly Hills Police Department at Gucci Store on Rodeo Drive. Plaintiff also informed Sgt Oimond (works in Detective Unit) that on 7/24/2023 officers Franki, Mani, of Beverly Hills Police came and spoke to plaintiff at Gucci in Beverly Hills, Rodeo Drive, and Franki and Mani partially investigated.

CV-126 (09/09)            PLEADING PAGE FOR A COMPLAINT

Sgt Dimond rudely said "I don't care. Not in Beverly Hills police jurisdiction." Sgt Dimond then said "let LAPD handle it." Plaintiff spoke with (on same day 7/27/23) Watch Commander Sgt Rodney Solorzano who also refused to allow Plaintiff to file a theft report with Beverly Hills Police. Officer/Sgt. Solorzano said "can you prove any of what you're saying?" Plaintiff responded " Your staff officer Frank, Mani saw me holding Gucci Bag, I showed them belts, and gift card, plus they spoke to staff who stated (Gucci) that Plaintiff's property is at Beverly Center Gucci (in Los Angeles, CA). Gucci staff is stealing my property. I never stole anything as Sgt Kim racially profiled me today assuming. Your officers Frank, Mani, told me to so. I want my money, belts, and shoes." Sgt Solorzano said "let LAPD handle it, not our jurisdiction." Plaintiff then stated "you knew cameras were filming at Gucci Beverly Hills, Rodeo that capture me, your officers, plus your officers are wearing body cameras." Plaintiff is being discriminated, and restricted out of illegal retaliation for LAPD (all defendants) assaulting, and terrorizing Plaintiff.

Part of Beverly Hills Police Civil Right Complaints

1  Name: James B. Jordan
2  Address: 3314 ½ Stocker Street
3  Los Angeles, CA 90008
4  Phone: (303) 872-7620
5  Fax: _____
6  In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

James B. Jordan
(Masters of Social Work)
(All Defendants)
      Plaintiff
   v.
Los Angeles Police Department
Beverly Hills Police Department
(All Department)
      Defendant(s).

CASE NUMBER:
LA Police # 230622000695 - 2/13/23 - 06/22/23
Beverly Hills Police # 23-31855 - 7/20/23
(Officer Franks, & Mani)

( Enter document title in the space provided above )

Plaintiff is be neglected and robbed by law enforcement (Plaintiff currently being radiated, impulsed by Defendant as Plaintiff attempts to write, fight for Plaintiffs rights). For example, Plaintiff took some items (approximately 10-12 belts, and shoes to Gucci Store (over 10,000 dollars worth) to Gucci Store (8500 La Cienega, Beverly Center in Los Angeles, CA). Plaintiff first uploaded 6/2022 pictures (Gucci process) and also took items to Beverly Center in person. Plaintiff turned in all property online, mail, person to Director (Beverly Center/Century City) Erin (white lady who said she was District Manager). Plaintiff was told by Erin that some of Plaintiffs Gucci products will need to be sent back

Page Number 1.

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Sgt Hurridge #305
Sgt Dimond badge #302
Sgt Rodney Solorzano badge #318

1. to Gucci Headquarters in Italy (10-14 weeks). Plaintiff has
2. went back to Beverly Center and Erin has refused to
3. give Plaintiff property. Erin asked Plaintiff if Plaintiff
4. works, etc. Plaintiff filed a complaint (7 months) ago
5. with Gucci Store (Italy). Plaintiff received a call from
6. Erin to meet her at Beverly Center Gucci store (After
7. Gucci Headquarter Complaint). When Plaintiff arrived (all
8. activities, meetings, etc. on Gucci (Beverly Center Cameras) Erin
9. was very upset saying "Why did you file a complaint with
10. Gucci Headquarter." Plaintiff responded "you are refusing to
11. give me my property. You said Gucci approved free repairs etc
12. 8-14 weeks but its been over 8 months etc." Erin said
13. Gucci is giving you a gift card (apology for my delay)
14. 2500.00 dollars. Plaintiffs worry was all his belts, shoes
15. that cost alot of money. Erin went in the back (camera
16. recorded in Gucci) and brought Plaintiff ("Tom Ford") one
17. of belts, brown Gucci belt with Gucci stamp sign all over
18. leather belt. One of Gucci's most famous belts. Plaintiff
19. told Erin, Plaintiff didn't have any where to put gift card.
20. Erin said "I'll put your gift card in the safe here
21. at the Gucci Store." Plaintiff waited 4 additional months
22. but received no alert from Gucci or Erin, etc. Plaintiff
23. has been homeless for years and suffering, etc but
24. Plaintiff likes nice things and when Plaintiff worked
25. Plaintiff always dressed decently, etc. Plaintiff stated
26. calling Gucci Headquarters, New York, Customer Service, etc.
27. In July 2023 Plaintiff got a call from Head of Customer
28. Service Jairo 917 area code. Jairo apologized to Plaintiff

2.
Page Number

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

a) Beverly Hills Police Jurisdiction but they illegally refuse to investigate even after (7/24/2023) officers Franks, Mani responded (refer to report #) to Gucci on Rodeo Drive, Beverly Hills, CA

1. for the long delay. Jairo said "meet Erin at Beverly Center
2. Gucci store on Sunday approximately 7/30/2023 I've told Erin to
3. give you another Gift card $1100.00 and 5 Brand New Gucci
4. belts. I'll get the rest of your stuff Erin seemed to have lost your
5. stuff." Plaintiff went to LAPD (Rampart) and filed a Grand theft
6. Police report same day for investigation) on Venice/La Brea, LA, CA.
7. Plaintiff met Erin at Gucci Erin cursed Plaintiff (checked cameras)
8. Plaintiff and threw a bag on the floor while Plaintiff was a cust.
9. Only 1 box in bag. Plaintiff was supposed to receive more items so
10. Plaintiff walked away. "Erin followed screaming "take it, take it, etc."
11. Beverly Hills, CA - Plaintiff Advocating Social Rights, Funds, etc.
12. On 7/24/2023 Plaintiff was in Beverly Hills taking donations for
13. his social work fund. Plaintiff walked by Gucci Store (Rodeo Drive)
14. Plaintiff went in store. Plaintiff was approached by a white lady
15. (Pilar, District Manager and Black Manager Antwone) they handed
16. Plaintiff a Green Gucci Bag, and a Gift card. Plaintiff asked them
17. to open bag and disclose items (2 belts, etc) Plaintiff asked
18. why they gave this to Plaintiff (7/24/2023) Plaintiff was told
19. by Pilar that she did not know why they (her staff) gave bag.
20. Beverly Hills Police were called to Gucci Store on (7/24/2023,
21. officers Franks, Mani). Plaintiff informed officers that Gucci staff
22. (check cameras) just handed Plaintiff a bag. Plaintiff told
23. officer Franks, Mani that Plaintiff never shopped at this store.
24. On 7/27/2023 Plaintiff visited Beverly Hills Police Department
25. to file a Police Report against Gucci Store, Rodeo Drive, Beverly Hills.
26. Sgt Kim rudely accused (Korean) Plaintiff of stealing (Racist) and
27. Sgt Dimond, Sgt Rodney Solorzano refused to take Plaintiff's
28. report. Even though Beverly Hills P.D. came at Gucci Manipulation.

3.
× James J. [signature], BSW, MSW
Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT



**BEVERLY HILLS POLICE DEPARTMENT**
464 NORTH REXFORD DRIVE | BEVERLY HILLS | CA | 90210 | 310-285-2112 | 310-285-2127

## PERSONNEL COMPLAINT FORM

### COMPLAINANT

- **Name:** James  (Incident # 23-31855, officers Franks, Mani)
- **Date of Birth:** 05-31-1982
- **E-mail:**
- **Current Address:** Protected
- **City:** Protected
- **State:** Protected
- **ZIP Code:** Protected
- **Home Phone:**
- **Cell Phone:** (303) 872-7620
- **Work Phone:**

### INCIDENT

- **Date(s) of Incident:** 7/20/2023, 7/24/2023, 7/27/23
- **Approximate Time:** 11:23
- **Case/Incident No:** 23-31855
- **Location of Incident:**
- **Involved Officer or Employee:** Sgt Detective Kim — **Badge Number:** 305
- **Involved Officer or Employee:** Sgt Detective Dimond — **Badge Number:** 302
- **Witness:** Involved Sgt Rodney Solorzano — **Badge #** 318
- **Witness:** — **Phone Number:**

### STATEMENT (Please be as detailed as possible. Use additional paper as necessary.)

On 7/24/2023 I was harassed by Gucci staff at Gucci store on Rodeo Dr. in Beverly Hills. I originally visited Gucci store (Rodeo Drive, Beverly Hills, CA) on 7/20/2023. While at the (7/20/2023) Gucci store (Rodeo Drive, Beverly Hills, CA) I observed a Manager come out of door (holding a Green Gucci Bag, with a Green Gucci Gift card), Manager attempted (Black Male Atwoine) to hand me bag. I stepped back and asked for him to open up everything in bag. He then open two boxes, two belts, 1 gift card and said "no receipt, no nothing!" I was confused. I asked to speak to District Manager. A white lady "Alay" came out and said "I don't know nothing about it!"

**Complainant's Signature:** James B. Jordan **Date:** 7/27/2023

Complaints of racial or identity profiling based upon race, color, ethnicity, national origin, age, religion, gender identity or expression, sexual orientation, or mental or physical disability against the Beverly Hills Police Department may be noted on this form.

FOR OFFICE USE ONLY

COMPLAINT RECEIVED BY: _____   DATE/TIME RECEIVED: _____



**BEVERLY HILLS POLICE DEPARTMENT**
464 NORTH REXFORD DRIVE | BEVERLY HILLS | CA | 90210 | 310-285-2112 | 310-285-2127

**STATEMENT CONTINUATION SHEET** (Please be as detailed as possible. Use additional paper as necessary.)

James responded "it's not my birthday. No one never knows huh!" Sorry victim of warfare currently being impulsed by law enforcement causing sloppy writing, etc. /Also Watch Commander (Sgt) Rodney Solorzano refused to take report on 7/27/2023.

Anyway, I had to leave Saturday but returned Monday Gucci (Rodeo Drive) 7/24/2023 11:24am. James again met with Pilar who said "I don't know anything about that free stuff you received the last time I worked. I was shocked cause Pilar was present Saturday and the Head (District Manager). Anyway to further hide the 8-10 items (all Gucci) stuff Gucci stole from James the (7/24/2023) Beverly Hills Police (Franks & Mani) were called 7/24/23. Franks & Mani said "I'm sorry to hear about the Gucci stuff that was stolen previously but we just talked to staff inside that confirmed that they did give you Gucci items (free) 7/22/2023. Just keep the free stuff James and try to get the rest of your stuff later. I'm from Ventura/San Fernando and could never afford to wear Gucci. You're lucky for receiving free Gucci stuff."

On 7/27/2023 sgt Kim spoke with James as I attempted to file a police report for stolen items originally at Beverly Center Gucci, but sent to Rodeo Drive Gucci (as reason they gave me free Gucci Bag, etc.) Sgt Kim was very racist and accused James of stealing from Gucci when Gucci cameras show James given Gucci items by Staff. Police (Beverly Hills) Franks, Mani responded on 7/24/2023 and let James go no arrest or ticket.

7/27/2023 sgt Osmond also was very rude giving illegal lawyer advice (civil lawsuit). Sgt Osmond refused to take police report for stolen items at Beverly Hills Police.

FOR OFFICE USE ONLY
COMPLAINT RECEIVED BY: _____   DATE/TIME RECEIVED: _____

# Los Angeles Police Department
## INVESTIGATIVE REPORT

Page 1 of 2   03.01.00 (01/15)

**REPORT OF:** GRAND THEFT
**INVEST DIV.:** Wil
**INC #:** 230622000695

### CASE SCREENING FACTOR(S)
- [ ] SUSPECT/VEHICLE NOT SEEN
- [x] PRINTS OR OTHER EVIDENCE NOT PRESENT
- [x] MO NOT DISTINCT
- [x] PROPERTY LOSS LESS THAN $5,000
- [x] NO SERIOUS INJURY TO VICTIM
- [x] ONLY ONE VICTIM INVOLVED

### VICTIM
- **LAST NAME, FIRST, MIDDLE:** Jordan, James
- **SEX:** M  **DESC:** B  **HT:** 508  **WT:** 220  **AGE:** 41  **DOB:** 05/31/1982
- **ADDRESS:** R - refused
- **PHONE:** (323) 872-7620
- **E-MAIL:** none
- **DR. LIC. NO.:** none
- **OCCUPATION:** unemployed

**PREMISES (SPECIFIC TYPE):** dept store

**ENTRY 459/BFV POINT OF ENTRY:** (none checked)
**LOCATION OF OCCURRENCE:** 8500 Beverly Blvd
**R.D.:** 0721
**PRINTS BY PREL. INV.:** ATTEMPT N, OBTAINED N

**DATE & TIME OF OCCURRENCE:** 02/12/2022  1200
**DATE & TIME REPORTED TO PD:** 06/22/2023  1120

**TYPE PROPERTY STOLEN/LOST/DAMAGED:** (5) belts, (1) shoes - Gucci, gift card
**STOLEN/LOST:** $7,500.00

### MO
The vict dropped off property at above listed business (Gucci Store) for repairs. The vict spoke to Gucci Corp advised district manager should have not taken property. The vict stated business has not returned his property.

**MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM:** ✓

### REPORTING EMPLOYEE(S)
- **INITIALS, LAST NAME:** A, Peters
- **SERIAL NO.:** 32209
- **DIV./DETAIL:** Wilshire Desk

### SUSPECT S-1
- **SEX:** f  **DESC:** w  **HAIR:** bro  **EYES:** blu  **HEIGHT:** 506  **WEIGHT:** 160  **AGE:** 20-30
- **NAME/ADDRESS:** Erin 8500 Beverly Blvd N/F

# Los Angeles Police Department
## INVESTIGATIVE REPORT

Page 1 of 2 — 03.01.00 (01/15)

**REPORT OF:** GRAND THEFT
**INVEST DIV:** Wil
**INC #:** 230622000695
**DR #:**

### CASE SCREENING FACTOR(S)
- [ ] SUSPECT/VEHICLE NOT SEEN
- [x] PRINTS OR OTHER EVIDENCE NOT PRESENT
- [x] MO NOT DISTINCT
- [x] PROPERTY LOSS LESS THAN $5,000
- [x] NO SERIOUS INJURY TO VICTIM
- [x] ONLY ONE VICTIM INVOLVED

### VICTIM
- **Last Name, First, Middle:** Jordan, James
- **Sex:** M  **Desc:** B  **Ht:** 508  **Wt:** 220  **Age:** 41  **DOB:** 05/31/1982
- **Address:** R- refused
- **Phone:** (323) 872-7620  [x] X
- **E-mail:** none
- **Dr. Lic. No.:** none
- **Occupation:** unemployed

**PREMISES (SPECIFIC TYPE):** dept store   [ ] ATM

### ENTRY 459/BFV POINT OF ENTRY / POINT OF EXIT
- [ ] Front  [ ] Rear  [ ] Side  [ ] Roof  [ ] Floor  [ ] Other
- METHOD: —
- INSTRUMENT/TOOL USED: —

- **Location of Occurrence:** 8500 Beverly Blvd
- **R.D.:** 0721
- **Prints by Prel. Inv.:** Attempt N / Obtained N
- **Date & Time of Occurrence:** 02/12/2022  1200
- **Date & Time Reported to PD:** 06/22/2023  1120
- **Type Property Stolen/Lost/Damaged:** (5) belts, (1) shoes - Gucci, gift card
- **Stolen/Lost:** $7,500.00

### MO
The vict dropped off property at above listed business (Gucci Store) for repairs. The vict spoke to Gucci Corp advised district manager should have not taken property. The vict stated business has not returned his property.

- Mandatory Marsy's Rights Card Provided to the Victim: [x]
- Motivated by Hatred/Prejudice: [ ]
- Domestic Violence: [ ]

### REPORTING EMPLOYEE(S)
- **Initials, Last Name:** A, Peters
- **Serial No.:** 32209
- **Div./Detail:** Wilshire Desk
- **Person Reporting / Signature:** (signed)

### SUSP'S VEHICLE
(blank)

### S-1
- **Sex:** f  **Desc:** w  **Hair:** bro  **Eyes:** blu  **Height:** 506  **Weight:** 160  **Age:** 20-30
- **Clothing / Name:** Erin 8500 Beverly Blvd N/F

### S-2
(blank)

### INVOLVED PERSON(S)
(blank)

### COMBINED EVID. RPT.
- Preliminary Drug Test: (blank)

### NARRATIVE
(blank)

### APPROVAL AND REVIEW
(blank)